HAWKEYE TIRE AND RUBBER COMPANY, APPELLANT, v. E. A. PEGAU, APPELLEE.

FILED DECEMBER 16, 1931. No. 27983.

W. A. Ehlers and H. A. Myers, for appellant.

Mossman, Anderson & Meissner, contra.

Heard before GOSS, C. J., DEAN ·and EBERLY, JJ., and CHASE and HASTINGS, District Judges.

PER CURIAM.

Plaintiff brought this action to recover damages under section 20-1030, Comp. St. 1929, for an alleged untrue answer filed by defendant as garnishee. The district court for Douglas county found for defendant and plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.